# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | |
|---|---|
| AISHA JARHARA WALKER,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL CREDIT SERVICES, LLC,<br><br>Defendant. | Case No. 2:17-cv-14228-GAD-MKM<br><br>Honorable Judge Gershwin A. Drain |

## **AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, AISHA JARHARA WALKER, and the Defendant, CENTRAL CREDIT SERVICES, LLC, through their respective counsel that the above-captioned action is dismissed with prejudice, against CENTRAL CREDIT SERVICES, LLC, pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: June 20, 2018                                Respectfully Submitted

**AISHA JARHARA WALKER**                             **CENTRAL CREDIT SERVICES, LLC**

/s/ Nathan C. Volheim                               /s/ Morgan I. Marcus
Nathan C. Volheim                                   Morgan I. Marcus
*Counsel for Plaintiff*                             *Counsel for Defendant*
Sulaiman Law Group, LTD                             Sessions, Fishman, Nathan & Israel
2500 South Highland Ave., Suite 200                 Chicago, IL 60603
Lombard, Illinois 60148                             Phone: (312) 578-0990
Phone: (630) 575-8181                               mmarcus@sessions.legal
nvolheim@sulaimanlaw.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

| | |
|---|---|
| AISHA JARHARA WALKER,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL CREDIT SERVICES, LLC,<br><br>Defendant. | Case No. 2:17-cv-14228-GAD-MKM<br><br>Honorable Judge Gershwin A. Drain |

## **ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff, AISHA JARHARA WALKER ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., having filed with this Court her Stipulation of Dismissal and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

Dated: June 26, 2018         s/Gershwin A. Drain
                                                     US District Judge